```
_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

        MAR 04 2020
           AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                       DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-032 JCC |
|---|---|
| Plaintiff, | ORDER CONTINUING TEMPORARY DETENTION |
| v. | |
| TAYLOR ASHLEY PARKER-DIPEPPE, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary conditions of release be continued as previously set.

DATED this 4th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
TEMPORARY DETENTION

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970