AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.

Taylor Ashley Parker-Dipeppe

Defendant

Case No. MJ20-088 (3)

FILED ___ LODGED ___

MAR 09 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WA.

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Taylor Ashley Parker-Dipeppe
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371

Date: 2/25/20

*Issuing officer's signature*

City and state: Seattle, Washington

Ma. Alice Theiler, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on 2/25/20, and the person was arrested on 2/24/20
at *(city and state)* TAMPA, FL

Date: 2/24/20

for AT6

*Arresting officer's signature*

SA FBI

*Printed name and title*

USAO 2018R00225