UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR ASHLEY PARKER-DIPEPPE, <br><br> Defendant. | Case No. CR20-032 JCC <br><br> **AGREEMENT TO SUPERVISE DEFENDANT** |

I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is released from custody:

(1) I will generally supervise the defendant;

(2) I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge;

(3) If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950, within one (1) business day.

(4) OTHER:

_____

_____

DATED this 27th Day of March, 2020

_Suzanne Parker_        _Suzanne Parker_
Print Name              Signature