THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR ASHLEY PARKER-DIPEPPE,<br><br>Defendant. | CASE NO. CR20-0032-JCC<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B), hereby accepts the plea of guilty of the defendant to the charge contained in count 1 of the Superseding Indictment, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

DATED this 6th day of October 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND NOTICE OF
SENTENCING
PAGE - 1