THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0032-JCC-3 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TAYLOR ASHLEY PARKER-DIPEPPE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant is scheduled to appear before the Court for a sentencing hearing on December 22, 2020. Presently, because of the health risks posed by the COVID-19 pandemic, the Court is unable to conduct in person hearings. However, the Court may conduct a felony sentencing hearing by video conference, if the Court finds that the sentencing cannot be further delayed without serious harm to the interests of justice. *See* W.D. Wash., General Order No. 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). While Defendant has indicated a willingness to move forward with a video conference (Dkt. No. 121), consistent with the Court's procedures, as articulated on the District's website (https://www.wawd.uscourts. gov/judges/coughenour-procedures), Defendant must move for a remote hearing at least seven (7) days prior to the proceeding. Defendant is INSTRUCTED to so move, should he wish to go

1 | forward with the sentencing hearing scheduled for December 22, 2020.

2 |     DATED this 14th day of October 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
CR20-0032-JCC-3
PAGE - 2