WA/WD PTS-
Modification
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 11/05/2020

**Name of Defendant:**  Taylor Ashely Parker-Dipeppe         **Case Number:** 2:20CR-032JCC

**Name of Judicial Officer:**  The Honorable Michelle L. Peterson, United States Magistrate Judge

**Original Offense:**  Conspiracy to Mail Threatening Communications, to Commit Cyberstalking, and to Interfere with Federally Protected Activities

**Date Supervision Commenced:** 03/27/2020

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to the Western District of Washington and the Middle District of Florida, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in

Case 2:20-cr-00032-JCC   Document 136   Filed 11/10/20   Page 2 of 3

| | |
|---|---|
| The Honorable Michelle L. Peterson, United States Magistrate Judge | Page 2 |
| Report on Defendant Under Pretrial Services Supervision | 11/5/2020 |

this case.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- Release on third-party custody to: Suzanne Parker

- You are not to have access to a cellular phone or computer, unless approved by Pretrial Services.

## PETITIONING THE COURT

☒   To modify the conditions of supervision

DELETE:

9.   The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.

ADD:

53.   The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant shall be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

## CAUSE

Mr. Parker-Dipeppe has been in full compliance since he was released on bond in March 2020. He has been working full-time as a security guard since June 2020, all drug tests have been negative, and he is engaged in co-occurring mental health and substance abuse treatment. Further, there have been no violations to his order of home detention. Lastly, I spoke with the defendant's mother Suzanne Parker, who is also the defendant's third-party custodian, and she endorses the reduction in his conditions as she has no concerns as to his compliance. Based on his overall performance engaging in treatment, employment and home detention, Mr. Parker-Dipeppe's level of restriction in the location monitoring program could be reduced to a lesser restrictive component.

I consulted with Assistant United States Attorney Thomas Woods, as well as defense counsel, Pete Mazzone, and they concur with my recommendation.

The Honorable Michelle L. Peterson, United States Magistrate Judge   Page 3
Report on Defendant Under Pretrial Services Supervision   11/5/2020

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 5th day of November, 2020.

BY:

*Leona Nguyen*
Leona Nguyen
United States Probation Officer

*Jaymie Parkhurst*
Jaymie Parkhurst
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☑ Modify the Conditions as noted above
☐ Other

*[signature]*
Michelle L. Peterson, United States Magistrate Judge

November 10, 2020
Date