Honorable Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TAYLER ASHLEY PARKER-DIPEPPE, <br><br> Defendant | NO. CR20-032JCC <br><br> **MOTION TO FILE UNDER SEAL APPENDIX 1 TO DEFENDANT'S SENTENCING MEMORANDUM** <br><br> **Please Note:  February 5, 2021** |

## MOTION TO SEAL DOCUMENT

COMES NOW Defendant, Taylor Ashley Parker-Dipeppe, by and through his counsel, Peter Mazzone, with Mazzone Law Firm, PLLC, hereby moves this Court to allow a sealed filing of Appendix 1 to Defendant's Sentencing Memorandum. This Appendix contains private, confidential information.

DATED:  This 4th of February, 2021.

/s/Peter Mazzone
Peter Mazzone, WSBA # 25262
Attorney for Taylor Ashley Parker-Dipeppe

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorneys, counsel of record for the Government, and any other appropriate party to the case. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/ Aleshia Johnson
_____
Aleshia Johnson, Paralegal
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Telephone: (425) 259-4989
Fax: (425) 259-5994