1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           v.<br><br><br>TAYLOR ASHLEY PARKER-DIPEPPE,<br><br>                              Defendant. | NO. CR20-032JCC<br><br>GOVERNMENT'S RESPONSE TO MOTION TO PROCEED WITH SENTENCING BY REMOTE VIDEO HEARING |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully submits that the government does not oppose the defendant's motion to proceed with sentencing by video remote hearing.  The defendant has set forth an adequate basis to proceed by video at sentencing.

Dated this 10th day of February, 2021.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903

Response to Motion to Proceed with Sentencing by Remote Video Hearing
*United States v. Parker-Dipeppe*, CR20-032JCC – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970