Honorable Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-032JCC |
| Plaintiff, | |
| vs. | **ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM** |
| TAYLER ASHLEY PARKER-DIPEPPE, | |
| Defendant | |

**ADDENDUM**

Attached hereto is the latest letter from Tyler Parker-Dipeppe's current mental health provider, Felecia Byers Webb, MA; IMH, related to Appendix 2 of Defendant's Sentencing Memorandum (docket #155).

DATED: This 22nd of March, 2021.

/s/Peter Mazzone
Peter Mazzone, WSBA # 25262
Attorney for Taylor Ashley Parker-Dipeppe

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorneys, counsel of record for the Government, and any other appropriate party to the case. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/ Aleshia Johnson

Aleshia Johnson, Paralegal
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Telephone: (425) 259-4989
Fax: (425) 259-5994

March 19th, 2021

To whom it may concern:

I am pleased to write this character reference for Tyler Parker-Dipeppe.
Tyler continues to come to treatment on a regular basis with this clinician. Tyler continues to grow into a confident, focused, and successful individual with his treatment sessions.

Tyler continues at each session to demonstrate a high level of dedication and motivation during his sessions both in terms of successfully handling his probation, having a strong support system at home, and dedication to improving techniques to reduce stress and anxiety. Tyler continues to be very motivated and dedicated to continue successful employment with his family business, and working at the Holiday Inn Express.

Tyler continues at each session to discuss his future goals, and is driven to meet his goals. Therefore, I continue to be confident that Tyler will be able to show the same level of continued commitment to be a productive member of society. Tyler continues to work very hard and, progress with his depression. It is my recommendation that Tyler remain in his mother's home where he has flourished and made great achievements regarding his mental health and has succeeded in his goals to obtain employment, work on his coping skills, remain compliant with his probation, and is in a supportive long-term successful relationship with his wife.

It continues to be of my highest opinion that to remove Tyler from his successful support system could derail all progress he has made since entering into treatment with this clinician. Please consider my recommendation for Tyler as I have the highest faith in his ability to continue making good progress, continue his treatment, and good decision-making skills for his future.

Respectfully,

Felicia Byers Webb, MA; IMH

Outpatient Services

People Empowering & Restoring Communities (PERC)

727.614.2980

Fbyers-webb@exoffender.org

Character reference template by reed.co.uk